■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERNARD BELLAMY, Appellant. — Judgment of the Supreme Court, Queens County (Eiber, J.), rendered January 11, 1983, affirmed.

The instant record reveals that defendant was represented by counsel, that he had neither been threatened nor coerced into pleading guilty, that he discussed the plea with the court, that he understood the rights he was waiving by foregoing a trial, that he acknowledged the facts of the crime, and that the plea bargain was fair. Accordingly, we affirm (see *People v Harris,* 61 NY2d 9; *People v Nixon,* 21 NY2d 338, cert den *sub nom. Robinson v New York,* 393 US 1067). Mollen, P. J., Mangano, O'Connor and Lawrence, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HORACE CAPERS, Appellant. — Judgment of the Supreme Court, Queens County (Dubin, J.), rendered February 10, 1983, affirmed. No opinion.

This case is remitted to the Supreme Court, Queens County, for further proceedings pursuant to CPL 460.50 (subd 5). Thompson, J. P., Weinstein, Brown and Boyers, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODNEY COOKE, Appellant. — Judgment of the Supreme Court, Kings County (Lodato, J.), rendered November 10, 1983, affirmed (see *People v Hoke,* 62 NY2d 1022; *People v Harris,* 61 NY2d 9; *People v Bryant,* 47 AD2d 51; *People v Suitte,* 90 AD2d 80). Mollen, P. J., Mangano, O'Connor and Lawrence, JJ., concur.